**NOT FOR PUBLICATION**

FILED

MAR 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOYLE DEAN HARTLINE, | No.    18-16725 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-00635-KJM-AC |
| v. | |
| NATIONAL UNIVERSITY, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted March 12, 2019[**]

Before:    LEAVY, BEA, and N.R. SMITH, Circuit Judges.

Doyle Dean Hartline appeals pro se from the district court's judgment

dismissing his action alleging federal and state law claims.  We review for an

abuse of discretion a district court's dismissal as a sanction under Federal Rule of

Civil Procedure 37(b).  *Malone v. United States Postal Serv.*, 833 F.2d 128, 130

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 1987).  We affirm.

The district court did not abuse its discretion by dismissing Hartline's action because Hartline failed to produce documents in compliance with the district court's discovery order despite receiving multiple extensions of time to respond to discovery requests and being warned that noncompliance could result in dismissal. *See id.* at 130-32 (setting forth factors to be considered before dismissing under Rule 37(b)).

**AFFIRMED[1].**

---

[1] In making this decision, we reviewed Docket Entry Nos. 9 and 10.